# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1630. CGG MANAGEMENT & ASSOCIATES, LLC v. BROOKE MIDGETTE.**

In November 2018, the trial court adopted a special master's report and granted summary judgment in favor of Brooke Midgette. Thereafter, in December 2018, CGG Management & Associates, LLC filed a motion to set aside the trial court's judgment pursuant to OCGA § 9-11-60 (d), alleging that the special master's report contained a clear mistake of fact. The trial court denied the motion, and CGG Management & Associates, LLC filed this direct appeal.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. OCGA § 5-6-35 (a) (8). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). CGG Management & Associates, LLC's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  03/26/2019
 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.